█ In the Matter of THOMAS J. SARDINO, as Chief of the Syracuse Police Department, Appellant, v. JAMES E. FINCH et al., Respondents.—█

Present — Goldman, P. J., Witmer, Gabrielli, Moule and Henry, JJ.